UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JULAN MILLER,

    Plaintiff,

v.                                              Case No. 11-14274

COUNTY OF WAYNE, et al.,

    Defendants.
                                                  /

**ORDER OF DISMISSAL**

The parties have notified the court that they have reached a mutually agreeable resolution to the above-captioned matter.  The terms of their resolution will be memorialized in writing by the parties.  Accordingly,

IT IS ORDERED that the above-captioned matter is DISMISSED without prejudice to the right of Plaintiff to move by **August 26, 2012**, to vacate this order if settlement is not finalized.  After **August 26, 2012**, this dismissal is with prejudice.

  s/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:  June 26, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, June 26, 2012, by electronic and/or ordinary mail.

  s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522